UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EARL B. YOUNG (#105511)

VERSUS

COL VINCENT, ET AL.

CIVIL ACTION

NO. 05-179-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 20, 2008 (doc. no. 44). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion for Summary Judgment of defendant Michael Vincent (doc. no. 43) is GRANTED, dismissing the plaintiff's claims against this defendant, and this action is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this 9th day of July, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA